IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **AMY FULLER,** § | |
| *Plaintiff*, § | |
| § | |
| **v.** § | NO. EP-22-CV-133-FM-MAT |
| § | |
| **KILOLO KIJAKAZI,** § | |
| **ACTING COMMISSIONER OF THE** § | |
| **SOCIAL SECURITY ADMINISTRATION** § | |
| *Defendant*. § | |

**ORDER**

Before the Court is Attorney Betty Herrera's "Motion for Admission Pro Hac Vice," filed in the above-captioned case. (ECF No. 2). Herrera moves the Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiff in the instant case. *Id.* at 1. Herrera is a member in good standing of the Bar of the State of California. *Id.* at 4. After due consideration, the Court is of the opinion that the motion should be granted. Accordingly,

**IT IS ORDERED** that Attorney Betty Herrera's "Motion for Admission Pro Hac Vice" (ECF No. 2) is **GRANTED**, and Attorney Betty Herrera may appear on behalf of Plaintiff Amy Fuller in the above-captioned case. Pursuant to our Administrative Policies and Procedures for Electronic Filing, Herrera must register for electronic filing with our Court within ten (10) days of this Order. The Court notes that Attorney Betty Herrera has tendered the requisite $100.00 fee in compliance with Local Court Rule AT-1(f)(2). (ECF No. 2-2).

**SIGNED** and **ENTERED** this 28th day of April, 2022.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE